# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Jonathan R Rodriguez**  Case No. **19-15770**

Debtor(s)  Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:   **xxx-xx-4461**

**My Former Mailing Address was:**

Name:   **Jonathan R Rodriguez**

Street:   **3642 Emerald Street**

City, State and Zip:   **Philadelphia, PA 19134**

**Please be advised that my new mailing address:**

Name:   **Jonathan R Rodriguez**

Street:   **4977 Pennway Street**

City, State and Zip:   **Philadelphia, PA 19124**

/s/ Jonathan R Rodriguez
**Jonathan R Rodriguez**
Debtor