**Fill in this information to identify your case:**

Debtor 1     **Jonathan R Rodriguez**
             _____
             First Name          Middle Name          Last Name

Debtor 2     _____
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:     EASTERN DISTRICT OF PENNSYLVANIA

Case number     **19-15770**
(if known)

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Sign Below** |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Jonathan R Rodriguez**                           X  _____
   **Jonathan R Rodriguez**                                  Signature of Debtor 2
   Signature of Debtor 1

   Date  **December  9, 2019**                                Date  _____