# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jonathan R. Rodriguez<br>　　　　　　　　　Debtor<br><br>FBC Mortgage, LLC<br>　　　　　　　　　Movant<br>　　　vs.<br><br>Jonathan R. Rodriguez<br>　　　　　　　　　Respondent | CHAPTER 13<br><br><br><br>NO. 19-15770 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Plan filed by FBC Mortgage, LLC, which was filed with the Court on or about November 21, 2019 (Document No. 14).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　215-627-1322

February 4, 2020