IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Jonathan R. Rodriguez | : | Chapter 13 |
| | : | |
| | : | Case No. 19-15770AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 24.

Dated: February 14, 2020            /s/ Brad J. Sadek, Esquire
                                                                 Brad J. Sadek, Esquire
                                                                 Sadek and Cooper
                                                                  1315 Walnut Street, Suite 502
                                                                  Philadelphia, PA 19107
                                                                  215-545-0008