20-0316

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jonathan R. Rodriguez<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  19-15770 AMC |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC in the above captioned matter.

                        POWERS KIRN, LLC

                        By:  **/s/  Jill Manuel-Coughlin, Esquire**
                        Attorney ID# 63252
                        Eight Neshaminy Interplex, Suite 215
                        Trevose, PA 19053
                        Telephone: 215-942-2090