United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jonathan R Rodriguez  
    Debtor

Case No. 19-15770-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: JEGilmore　　　Page 1 of 1　　　Date Rcvd: Jun 25, 2020  
　　　　　　　　　　　　Form ID: trc　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2020.  
14430542　　　+FBC Mortgage, LLC,   c/o Cenlar FSB,   425 Phillips Boulevard,   Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:  
      BRAD J. SADEK    on behalf of Debtor Jonathan R Rodriguez brad@sadeklaw.com,  bradsadek@gmail.com  
      JILL  MANUEL-COUGHLIN    on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC bankruptcy@powerskirn.com  
      KEVIN G. MCDONALD    on behalf of Creditor     FBC Mortgage, LLC bkgroup@kmllawgroup.com  
      REBECCA ANN SOLARZ    on behalf of Creditor     FBC Mortgage, LLC bkgroup@kmllawgroup.com  
      SARAH K. MCCAFFERY    on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC sarah.mccaffery@powerskirn.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-15770-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Jonathan R Rodriguez
4977 Pennway Street
Philadelphia PA 19124

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/24/2020.

Name and Address of Alleged Transferor(s):

Claim No. 4: FBC Mortgage, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618

Name and Address of Transferee:

PennyMac Loan Services, LLC
PO Box 660929
Dallas, TX 75266-0929

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/27/20

Tim McGrath
**CLERK OF THE COURT**