**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 19-15770-MDC

JONATHAN R RODRIGUEZ

4977 PENNWAY STREET

PHILADELPHIA, PA 19124-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JONATHAN R RODRIGUEZ

    4977 PENNWAY STREET

    PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 5/20/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee