# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                             Chapter 13

                                             Bankruptcy No. 19-15770-MDC

JONATHAN R RODRIGUEZ

4977 PENNWAY STREET

PHILADELPHIA, PA 19124-

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

   Debtor(s), at the address listed, by first class mail.

    JONATHAN R RODRIGUEZ

    4977 PENNWAY STREET

    PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                            /S/ Kenneth E. West

Date: 11/22/2021                 _____

                            Kenneth E. West, Esquire
                            Chapter 13 Standing Trustee