**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Jonathan R. Rodriguez**<br>　　　　　　　　　　　　Debtor(s)<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　　　　Movant<br>　　vs.<br><br>**Jonathan R. Rodriguez**<br>　　　　　　　　　　　　Debtor(s)<br><br>**William C. Miller Esq.**,<br>Trustee | **BK NO. 19-15770 MDC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 4** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 7, 2020, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Jonathan R. Rodriguez
4977 Pennway Street
Philadelphia, PA 19124

Attorney for Debtor(s)
Brad J. Sadek, Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Trustee
William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Method of Service:  electronic means or first class mail

Dated: August 7, 2020

　　　　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Phone: (215) 825-6327
　　　　　　　　　　　　　　　　　　　　　　　Email: rsolarz@kmllawgroup.com